360 A.2d 627

English Center Community Association,
Appellant, v. Edler et ux.

Argued June 16, 1976. John A. Felix, with him Fine, Eisenbeis, Felix and Burchanowski, for appellant; Robert J. Wollet, for appellees.

Order affirmed.

360 A.2d 648

Eveready Thread and Yarn Co., Inc. v. Rental Tools and Equipment Co., Inc., Appellant.

Argued June 17, 1976. Philip Stephen Fuoco, for appellant; Meyer A. Bushman, with him Kahn, Bushman, Rosenberg & Weisberg, for appellee.

Order affirmed.